

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-25-2003

# McDonnell v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket 02-2789

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"McDonnell v. Comm Social Security" (2003). *2003 Decisions*. Paper 718.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/718

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-2789

JOSEPH MCDONNELL,

<u>Appellant</u>

v.

*JOANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY
* (Pursuant to F.R.A.P. 43 (c))

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Judge: Honorable John P. Fullam
(D.C. Civ. No. 01-00035)

Argued February 27, 2003

BEFORE: SCIRICA, GREENBERG, and GIBSON*, <u>Circuit</u> <u>Judges</u>

(Filed: March 24, 2003)

*Honorable John R. Gibson, Senior Judge of the United States Court of Appeals for the
Eighth Circuit, sitting by designation.

Eric J. Fischer (argued)
Breyer Office Park, Suite 110
8380 Old York Road
Elkins Park, Pa. 19027

Attorney for Appellant

Patrick L. Meehan
United States Attorney
Susan Skirtich
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, Pa. 19106
James A. Winn
Regional Chief Counsel
Eda L. Giusti (argued)
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
P.O. Box 41777
Philadelphia, Pa. 19101

Attorneys for Appellee

OPINION OF THE COURT

GREENBERG, Circuit Judge.

Appellant Joseph McDonnell appeals from an order entered May 29, 2002, in the district court approving and adopting the report and recommendation of magistrate judge Linda K. Caracappa dated April 24, 2002, and granting summary judgment in favor of the Commissioner of Social Security in this disability insurance benefits and supplemental security income case. On this appeal we exercise plenary review over the decision of the

district court, <u>Knepp v. Apfel</u>, 204 F.3d 78, 83 (3d Cir. 2000), but we must uphold the Commissioner's decision if supported by substantial evidence.  <u>See</u> <u>Richardson v. Perales</u>, 402 U.S. 389, 390, 91 S.Ct. 1420, 1422 (1971).  There is, however, a special situation here in which McDonnell challenges the fairness of the administrative proceedings as he contends that the administrative law judge who considered the case following the remand did not decide the case on the entire record.  We regard this contention as raising a legal issue which we consider de novo.  <u>See</u> <u>Knepp</u>, 204 F.3d at 83.

Inasmuch as the magistrate judge comprehensively set forth the background of this case in her report and recommendation we do not repeat it.  We have examined the record and are satisfied that applying the appropriate standards of review we have no basis to disturb the order for summary judgment.  Consequently the order of May 29, 2002, will be affirmed.

 /s/ Morton I. Greenberg
Circuit Judge
